# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 23, 2026

Lyle W. Cayce
Clerk

No. 25-40796
Summary Calendar

───────────

Ｕｎｉｔｅｄ Ｓｔａｔｅｓ ｏｆ Ａｍｅｒｉｃａ,

*Plaintiff—Appellee*,

*versus*

Ｇｕｓｔａｖｏ Ａｒｍａｎｄｏ Ａｍａｙａ,

*Defendant—Appellant*.

───────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:22-CR-463-1

───────────

Before Ｊｏｎｅｓ, Ｈｏ, and Ｗｉｌｓｏｎ, *Circuit Judges*.

Ｐｅｒ Ｃｕｒｉａｍ:[*]

The Federal Public Defender appointed to represent Gustavo Armando Amaya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Amaya has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal

---

[*] This opinion is not designated for publication. *See* 5ᴛʜ Ｃɪʀ. R. 47.5.

No. 25-40796

presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.